UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 31 P 3:09
US DISTRICT COURT
HARTFORD CT

MICHAEL MORIARTY

V.

RICHARD NEUBOLD, ET AL.

PRISONER
CASE NO. 3:02CV1662 (RNC) (DFM)

### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

Pending before the court is plaintiff's motion for appointment of counsel. For the reasons set forth below, the motion is denied.

The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). In this instance, the plaintiff fails to demonstrate that he is unable to secure counsel on his own. The plaintiff indicates that his attempts to obtain legal counsel in September and October 2002 were unsuccessful. He also states that he contacted at least twelve attorneys' offices, but received no responses to his letters. He does not indicate the names of the offices contacted or when he contacted each office. Thus, it is not clear that the plaintiff has made any recent attempts to find counsel. The plaintiff's three documented attempts to find counsel, all of which were made more than eleven months ago, and his other undocumented attempts, are insufficient to demonstrate an inability to secure counsel without the assistance of the court.

The possibility that the plaintiff may be able to secure counsel or legal assistance independently precludes appointment of counsel by the court at this time. Any renewal of this motion shall be accompanied by a summary and documentation of the plaintiff's recent attempts to obtain counsel. The summary of attempts to obtain counsel should also include the reasons why assistance was unavailable.

Accordingly, plaintiff's Motion for Appointment of Counsel [doc. # 17] is DENIED without prejudice.

SO ORDERED this 31st day of October, 2003, at Hartford, Connecticut.

_____
Donna F. Martinez
United States Magistrate Judge