UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR 18 P 4:59

U.S. DISTRICT COURT
HARTFORD CT.

MICHAEL MORIARTY

v.

RICHARD NEUBOULD, et al.

PRISONER
Case No. 3:02cv1662 (RNC) (DFM)

## RULING ON PENDING MOTIONS

Pending before the court are plaintiff's motion for extension of time (doc. #19), motion to compel (doc. #20), and motion to grant application for subpoenas duces tecum. (Doc. #21.)

I. Motion for Extension of Time (Doc. #19)

The motion for extension of time to complete discovery (doc. #19) is GRANTED as follows:

1. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed on or before **May 21, 2004.**

2. Motions for summary judgment, if any, shall be filed on or before **June 21, 2004.**

3. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

II. <u>Motion to Compel (Doc. #20)</u>

The plaintiff claims to have served a request for production of documents on the Bridgeport Correctional Center. Pursuant to Rule 34(a), Fed. R. Civ. P., requests for production of documents may only be served on a party in a case. Bridgeport Correctional Center is not a defendant in this action. In addition, the plaintiff has failed to file a memorandum in support of his motion and has failed to file a copy of his discovery request with his motion as required by Rule 37(a)(3), D. Conn. L. Civ. R.[1] Accordingly, the plaintiff's motion to compel is DENIED without prejudice.

III. <u>Applications for Subpoenas (Doc. #21)</u>

The plaintiff wishes to subpoena his medical records from Osborn Correctional Institution and Wyatt Detention Center. In accordance with Fed.R.Civ.P. 45, the plaintiff's request for

---

[1] Rule 37(a)(3) provides in pertinent part:

> Memoranda by both sides shall be filed with the Clerk in accordance with Rule 7(a) of these Local Rules before any discovery motion is heard by the Court. Each memorandum shall contain a concise statement of the nature of the case and a specific verbatim listing of each of the items of discovery sought or opposed, and immediately following each specification shall set forth the reason why the item should be allowed or disallowed . . . . Every memorandum shall include, as exhibits, copies of the discovery requests in dispute.

D. Conn. L. Civ. R. 37(a)(3).

subpoenas is GRANTED. The Clerk is directed to issue two subpoenas to the plaintiff.[2]

## Conclusion

The Motion for Extension of Time for Discovery (doc. #19) is GRANTED. The Motion to Compel (doc. # 20) is DENIED without prejudice. The Motion to Grant Application for Subpoena Duces Tecum (doc. # 21) is GRANTED.

SO ORDERED in Hartford, Connecticut, this 18th day of March, 2004.

Donna F. Martinez
United States Magistrate Judge

---

[2] The plaintiff is informed that he is responsible for service of the subpoenas. If the plaintiff has questions concerning the service of the subpoenas, he may contact the Inmates' Legal Assistance Program, P.O. Box 260237, Hartford, CT 06126-0237.

3