United States District Court
District of Connecticut

**FILED**
2004 APR 30 P 12:42
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Michael Mouarty  :  Docket # 3:02 cv 1662 (RNC)(DFM)

v  :

Richard Newbould  :

Steven Stein  :  Date - April 26, 2004

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>Petetion for Marshals to serve
Subpoena as Granted by Court</u>

Comes now the Plaintiff, Michael Mouarty, who hereby moves this court to have the United States Marshals Service perform the service of Subpoenas upon, Osborn Correctional Institution, located at 335 Bilton Road, P.O. Box 100 Somers, Ct 06071 and Wyatt Detention facility, located at

950 High Street, Central Falls, Rhode Island 02863 respectively, as granted by the court on March 18TH, 2004,

 The Plaintiff is proceeding in this civil action Pro Se and has been given In Forma Pauperis status. As such, Plaintiff asks that service costs be applied by the courts procedure and discretion.

 The Plaintiff has investigated the possible avenues for serving these Sub-Poenas himself, but as an incarcerated inmate and no family to help in this endeavor, his only option would be by certified/registered mail. If the

court would allow this as proper service pursuant to the Federal Rules of Civil Procedure, he will do so accordingly.

The court has granted until May 21, 2004 for discovery and the delay for applying for this petition is due to the letter enclosed by Matthew B. Beizer counsel for the Defendants in this action. Plaintiff, once again, wrote to the Records Office at Bridgeport Correctional Center as per his request, and as of this date no response has been recieved.

The Plaintiff prays that the court grant this petetion in order to expediate this civil action, as this has been on

the court docket for some time now.

                        Respectfully Submitted

                        Michael Moriarty
                        Reg #14634-014  Unit G-B
                        F.C.I. Otisville
                        P.O. Box 1000
                        Otisville, N.Y. 10963

## Certificate of Service

I, Michael Moriarty, certify that a true and accurate copy of this petition was mailed first-class postage prepaid on April 26, 2004 to counsel for the Defendants

Michael Moriarty
Reg # 14634-014

Mailed to

Matthew B. Beizer
Asst. Attorney General
110 Sherman Street
Mackenzie Hall
Hartford, CT 06105-2294



RICHARD BLUMENTHAL
ATTORNEY GENERAL

Office of The Attorney General
## State of Connecticut

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Tel: (860) 808-5450
Fax: (860) 808-5591

September 11, 2003

Michael Moriarty #14634-014
Unit G-13
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

**RE:    Michael Moriarty v. Richard Neubould, et al.**

Dear Inmate Moriarty:

I am in receipt of your Motion to Compel and your Motion for Subpoena Duces Tecum. Apparently, you seek a copy of your medical file for the period of time that you were incarcerated in Connecticut. I am writing to advise you that these filings are not necessary. If you send a formal request to the last correctional facility where you were incarcerated--Bridgeport Correctional Center--they should comply with your request for a copy of your file. Please feel free to include a copy of this letter with your request.

Very truly yours,

Matthew B. Beizer
Assistant Attorney General

MBB/ni
cc:   Warden Walter Ford
      Bridgeport Correctional Center
      1106 North Avenue
      P.O. Box 6490
      Bridgeport, CT 06604

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Michael Moriarty
v.
Richard Newbould
Steven Stein

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02 CV 1662 (AWC)(DFM)

TO: Fernando Caravallo    Wyatt Detention Facility
Health Service Administrator    950 High Street Central Falls R.I.
                                 02863

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
1) Medical file for Michael Moriarty Ct. D.O.C. #155269 Wyatts own file
2) Copy of Connecticuts medical file sent to Wyatt
3) any X-rays in possession of Wyatt Medical Dept.

| PLACE | DATE AND TIME |
|---|---|
| F.C.I Otisville P.O. Box 1000 Otisville, N.Y. 10963    Reg # 14634-014 | Before May 21, 2004 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| KEVIN F. ROWE   Mary E. Larsen (Deputy Clerk) CLERK | MAR 2 5 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MARY E. LARSEN    BRIDGEPORT CT 06604
U.S. DISTRICT COURT    (203) 579-5861
915 LAFAYETTE BLVD.

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Michael Moriarty
v.
Richard Neubould
Steven Stein

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV 1662(RNC)(DFM)

TO: Records Dept. Osborn Correctional Institutional
335 Bilton Road Somers, Ct 06071

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
1) Medical file for inmate Michael Moriarty Ct D.O.C. # 155269 including x-rays

| PLACE F.C.I. Otisville P.O. Box 1000 Otisville, N.Y. 10963   Reg#14634-014 | DATE AND TIME Before May 21, 2004 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) KEVIN F. ROWE  CLERK   Mary E. Larsen (Deputy Clerk) | DATE MAR 2 5 2004 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER MARY E. LARSEN U.S. DISTRICT COURT 915 LAFAYETTE BLVD. BRIDGEPORT, CT 06604 (203) 579-5861 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.