UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MORIARTY | PRISONER<br>: CIVIL NO. 3:02CV1662 (RNC)(DFM) |
| V. | : |
| RICHARD NEUBOULD, ET AL. | : JUNE 21, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the undersigned defendants request an extension of time to file their motion for summary judgment. In support thereof, the defendants submit as follows:

1. By Ruling dated February 10, 2004, the Court (RNC) dismissed this case in its entirety against defendant Neubould and significantly narrowed the case against defendant Stein to a 14 day time period.

2. In its ruling, the Court stated that it would entertain a motion for leave to file an amended complaint should the plaintiff want to assert additional facts that would support a claim for deliberate indifference with regard to plaintiff's acid reflux condition.

3. Plaintiff apparently intended to file such a motion because on March 11, 2004 he requested an extension of time to do so. (Docket No. 24).

4. On March 18, 2004, the Court set a deadline for dispositive motions of June 21, 2004.

5. The defendants intend to file a motion for summary judgment and believe that plaintiff's case should be dismissed as a matter of law.

6. Due to the uncertainty of plaintiff's filing of an amended complaint, and other pressing responsibilities, the defendants require additional time for the filing of their motion for summary judgment.

7. This is the first motion for extension of time filed by the defendants.

8. The plaintiff is a pro se inmate and has not been consulted regarding this motion.

WHEREFORE, the defendants respectfully request a forty-five day extension of time to file their motion for summary judgment.

>DEFENDANTS
>Richard Neubould, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of June, 2004:

Michael Moriarty, Inmate No. 14634-014
Federal Correctional Institution
P.O. Box 1000
Otisville, NY  10963

_____
Matthew B. Beizer
Assistant Attorney General

2