FILED

United States District Court
District of Connecticut

2004 JUN 21 P 4: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Michael Mouaity    :    Docket # 3:02 cv 1662 (rnc)(om)

        v            ;

Richard Newbould et al.:    Date - June 18, 2004

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Motion for Summary Judgement

Comes now the Plaintiff, Michael Mouaity, a Pro Se litigant filing in Forma Pauperis, who hereby moves this court in granting summary judgement in the above captioned matter.

As ordered by the court, Richard Newbould has been removed as a Defendant in this matter and the Plaintiff has been allowed to proceed in the claims

(1)

against Dr. Steven Stein, the second named Defendant in this action.

## History of Case

Due to the loss of legal paperwork by the Bureau of Prisons, the court order removing Richard Newbould and approval of continued action against Dr. Stein, the Plaintiff relies on existing court documents to verify this case history.

Nevertheless, in short Dr. Stein did willfully change prescriptions that were in force upon Plaintiffs arrival at Bridgeport Correctional Center. Prescriptions were for Elavil (an anxiety aid) Imitrex

(a pain medication for cluster migraines) and Prevacid (for acid reflux).

The medical staff was provided with documentation (medical file) that the Plaintiff had a history of severe migraines dating back to 1996 necessitating the need to see a neurologist (Dr. Xistris of Stamford, Ct) with the neurologist phone number included with the medical file.

Dr. Steins idea of treatment for the migraines was, "I handle headaches with Motrin." Clearly, minimizing the suffering involved with patients with this malady. Had Dr. Stein simply

(3)

checked the medical file, it would have been apparent that this was <u>not</u> simple <u>headaches</u>. emphasis added

A series of phone calls, requests and sick call trips to the medical dept. proved fruitless due to Dr Stems lack of concern.

The court has offered a 2 or 3 week period of time where this was apparent.

Attached are documents in addition to what the court already has. These show the medications as discussed in their force at the time of transfer into Bridgeport Correctional Center.

The Plaintiff asserts that this is a clear case of "deliberate indifference", intentionally denying or delaying medications to a prescribed course of treatment as ordered by a competent physician.

Although it can be said, that Dr. Stein had the discretion to change medications, this flies in the face of all common sense. A neurologist and three (3) doctors from other facilities Osborn, MacDougall & Hartford C.C. continued ~~from~~ the same treatment plan.

Dr. Stein however thought it best to disregard all of this medical know-

ledge. Further, repeated calls from Correctional staff at Bridgeport to Dr Stein went unanswered, even hand delivered requests by Lieutentants were disregarded during this time, clearly showing the disregard for an inmates health and well being.

Case law citations are omitted in this motion because of the mis-placement of legal work by the Bureau of Prisons, but previous motions such as the Plaintiffs Opposition Memorandum to Defendants Motion to Dismiss has all necessary case law cites in this matter.

Since there has been no dispute up to the present time by the counsel for Dr Stein, the Plaintiff asks this court to award summary judgement to the Plaintiff.

As the forms for Civil Rights Complaints offers no space for damages asked for. The Plaintiff had not included such in the initial filing of this suit. At this time, the Plaintiff asks for Compensatory and Punitive damages at One Hundred Dollars per day each for the Fourteen days the court has stipulated that facts were not in dispute. Also

(7)

the application fee of One Hundred and Fifty Dollars and Copy and Mailings costs of Fifty Dollars for a total of Three Thousand Dollars in total Damages.

As this is the filing of a Pro Se litigant, the Plaintiff asks that this motion be viewed in the most liberal way in favor of the Plaintiff

Respectfully Submitted

Michael Moriaty
Reg #14634-014
F.C.I. Otisville
P.O. Box 1000
Otisville, N.Y. 10963

(8)

<u>Certificate of Service</u>

Plaintiff, Michael Moriarty, certifies that a true and accurate copy of this motion was mailed on June 18, 2004 first-class postage pre-paid to:

Asst Attorney General
Matthew B. Beizer
110 Sherman Street
Hartford, Ct 06105-2294

Signed    6/18/2004

Michael Moriarty
Reg # 14634-014

HR005 REV.5/94
## CONNECTICUT DEPARTMENT OF CORRECTION

## TRANSFER SUMMARY
**Current Health Status**

| DATE | TIME | | MEDICAL | MENTAL | DENTAL |
|------|------|--|---------|--------|--------|
| 11/16/01 | 3 AM/PM | | 3 | 3 | 3 |

INMATE NUMBER: 155269
DATE OF BIRTH: 11/24/58
INMATE NAME (LAST, FIRST, INITIAL): Moriarity Michael
SEX: M / F
RACE/ETHNIC: B / W / H / O
FACILITY: OCI

Allergies/Reactions: _NKA_

Significant Medical History: 7/19/00 ⊕ PPD 15mm Rx completed 2/22/01 3 neg Sputum

Current Conditions/Problems: PRN migraines

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|-------------------------|--------|-------|-----------|----------|----------|------------|
| Elavil 50mg | po | | 1 TID | X4mos | 1/02 | |
| Imitrex 6mg | s.c. | prn migraines | | | 1/02 | |
| T Gel Shampoo | | | q HS X90d | | 2/02 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Current Treatments: _____
Follow-up Care Needed: _____
Clinics: _____
Specialty Referrals or Appointments: _____
Last PPD Date: _____ , ____ mm induration    Last Chest X-Ray Date: 10/19/00 Results: Chronic bronchitis
Anergy Panel Date: _____ Anergic: ☐ Yes ☐ No   Lab Tests Pending: _____ ☐ Ordered ☐ Drawn
Physical Disabilities/Limitations: _____ Therapeutic Diet: _____
Assistive Devices / Prothetics: _____ Glasses/Contacts: _____ Dentures: _____
Mental Health Issues: ☐ Hx Suicide Attempt, Date __/__/__    ☐ Hx Psych Med's   ☐ Hx MH 4 or 5
Substance Abuse:  ☒ Drugs  ☒ Alcohol
☐ Tobacco                    Signature/Title

---

## Transfer Reception Screening  #1

Health Record Received: ☑ Complete/Partial ☐ Temporary ☐ None   RECEIVING FACILITY: MCI   DATE 11/16/01   TIME 10:15 Am/Pm

**S:** Immediate Health Needs: _H/x migraines, arthritis, ⊕ PPD c̄ Tx_

**O:** A + O X 3 - ⊘ distress _____ Weight 285 T 98 P 82 R 20 B/P 130/78

**A:** New intake

**P:** Disposition/Referral:

| | | |
|--|--|--|
| ☑ Health Information Given | ☐ Mental Health | ☑ General Population |
| ☑ Oral  ☐ Written | ☐ MD | ☐ Emergency Referral to |
| ☐ Language Barrier | ☐ Sick Call | ☐ Special Housing/Supplies |
| ☐ Nurse | ☐ Medication Evaluation | ☐ Infirmary Placement |
| ☐ Sick Call ☐ Other | ☐ Therapeutic Diet | ☐ Medical ☐ Mental Health |
| ☐ HIV Contact Person | ☐ Work/Program Limitation | ☐ Respiratory Isolation |
| ☑ HIV Counselor | ☐ Specialty Referrals | ☐ Other _____ |
| ☐ Dental (+) PPD | ☐ Chronic Clinics | |
| CxR ordered | ☐ Other _____ | K Badura, CN |
| | | Signature/Title |

CONFIDENTIAL MEDICAL RECORDS

HR005 REV.5/94
## CONNECTICUT DEPARTMENT OF CORRECTION    PI

## TRANSFER SUMMARY
### Current Health Status

| INMATE NUMBER | 155269 |
| DATE OF BIRTH | 11-24-58 |
| INMATE NAME (LAST, FIRST, INITIAL) | Moriarty, Michael |
| SEX | (M) F |
| RACE/ETHNIC | B (W) H O |
| FACILITY | MCI |

| DATE | TIME | MEDICAL | MENTAL | DENTAL |
|------|------|---------|--------|--------|
| 1/8/02 | 7:00 AM/(PM) | | 1 | 1 |

Allergies/Reactions: __NKA__

Significant Medical History: __7/19/00 ⊕ PPD 15 mm    Rx Completed 2/22/01 3 Rgs M__

Current Conditions/Problems: __PRN migraine__

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|-------------------------|--------|-------|-----------|----------|----------|------------|
| Tums | 500mg | P.O | Q6/PRN | 6/10/02 | 6/10/02 | Bulk |
| Imitrex | 6mg/0.5 | SC/IM | PRN | 3/8/02 | 3/8/02 | |
| Doxycycline | 100mg | P.O | BID | 4/8/02 | 4/8/02 | New Order |
| Prevacid | 30mg | P.O | BID | 1/22/02 | 1/22/02 | Bulk |
| ICC Lotion | 240ml | Topical | Daily | 1/23/02 | 1/23/02 | Bulk |
| Elavil | 50mg | P.O | T/D | 1/18/02 | 1/18/02 | 1/18/02 |
| Indocin | 50mg | P.O | BID | 1/18/02 | 1/18/02 | Bulk |

Current Treatments: _____
Follow-up Care Needed: __Yearly    CXR ⊕ PPD__
Clinics: __M/H PRN__
Specialty Referrals or Appointments: _____
Last PPD Date: __Referred__ ____ mm induration    Last Chest X-Ray Date: __12-4-01__ Results: __WNL__
Anergy Panel Date: _____ Anergic: ☐ Yes ☐ No  Lab Tests Pending: _____ ☐ Ordered ☐ Drawn
Physical Disabilities/Limitations: _____ Therapeutic Diet: _____
Assistive Devices / Prothetics: _____ Glasses/Contacts: _____ Dentures: _____
Mental Health Issues: ☐ Hx Suicide Attempt, Date __/__/__  ☐ Hx Psych Med's  ☐ Hx MH 4 or 5
Substance Abuse: ☒ Drugs ☒ Alcohol _____
☐ Tobacco    Signature/Title

---

## Transfer Reception Screening

Health Record Received: ☐ Complete/Partial ☐ Temporary ☐ None

| RECEIVING FACILITY | Buc | DATE | 1/8/02 | TIME | 8:30 AM/(Pm) |

S: Immediate Health Needs: _____

O: _____ SOS PG 2 _____

A: _____ Weight ____ T ___ P ___ R ___ B/P __/__

P: Disposition/Referral:

| | | |
|---|---|---|
| ☐ Health Information Given | ☐ Mental Health | ☐ General Population |
|   ☐ Oral ☐ Written | ☐ MD | ☐ Emergency Referral to ____ |
|   ☐ Language Barrier |   ☐ Sick Call | ☐ Special Housing/Supplies ____ |
| ☐ Nurse |   ☐ Medication Evaluation | ☐ Infirmary Placement |
|   ☐ Sick Call ☐ Other |   ☐ Therapeutic Diet |   ☐ Medical ☒ Mental Health |
| ☐ HIV Contact Person |   ☐ Work/Program Limitation |   ☐ Respiratory Isolation |
| ☐ HIV Counselor |   ☐ Specialty Referrals | ☐ Other ____ |
| ☐ Dental |   ☐ Chronic Clinics | |
| |   ☐ Other ____ | |

Signature/Title

CONFIDENTIAL MEDICAL RECORDS

HR005 REV.5/94
## CONNECTICUT DEPARTMENT OF CORRECTION

# TRANSFER SUMMARY

**Current Health Status**

| INMATE NUMBER | 135769 | DATE OF BIRTH | 11/24/58 |

INMATE NAME (LAST, FIRST, INITIAL): Moriarty Michael

| DATE | 1/30/02 | TIME | 3:10 Am/Pm | MEDICAL | 1 | MENTAL | 2 | DENTAL |

SEX: (M) F    RACE/ETHNIC: B (W) H O    FACILITY: BCC

Allergies/Reactions: NKA

Significant Medical History: (+)PPD 7/9/01 Rx completed, +Reflux

Current Conditions/Problems: Migraines

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| Imitrex | 6mg | SQ | 1 dose 2x week Max PRN | 3 months | 4/24/02 | |
| Prevacid | 30mg | P.O. | BID | 3 months | 4/24/02 | |
| Elavil | 50mg | P.O. | QHS | 3 months | 4/24/02 | |
| Tylenol | 650mg | P.O | QHS | 3 months | 4/24/02 | |
| | | | | | | |
| | | | | | | |

Current Treatments: _____

Follow-up Care Needed: Yes CFR — MH PRN

Clinics: _____

Specialty Referrals or Appointments: _____

Last PPD Date: refused ; _____ mm induration    Last Chest X-Ray Date: 12/3/01    Results: Normal

Anergy Panel Date: _____ Anergic: ☐ Yes ☐ No    Lab Tests Pending: _____ ☐ Ordered ☐ Drawn

Physical Disabilities/Limitations: _____    Therapeutic Diet: _____

Assistive Devices/Prothetics: _____

Mental Health Issues: _____    Glasses/Contacts: _____ Dentures: ____

Substance Abuse:
☐ Hx Suicide Attempt, Date __/__/__    ☑ Hx Psych Med's    ☐ Hx MH 4 or 5
☐ Drugs  ☐ Alcohol
☐ Tobacco

Signature/Title: _____

CONFIDENTIAL MEDICAL RECORDS

---

## Transfer Reception Screening

Health Record Received: ☑ Complete/Partial  ☐ Temporary  ☐ None

| RECEIVING FACILITY | NCC | DATE | 1-30-02 | TIME | 20 10 Am/Pm |

S: Immediate Health Needs: _____

O: PSS. no acute medical issues.

A: Deferred, chronic _____ Weight 293 T 98.5 P 88 R 20 B/P 130/70

P: Disposition/Referral:

☑ Health Information Given
  ☑ Oral  ☐ Written
  ☐ Language Barrier
☐ Nurse
  ☐ Sick Call ☐ Other
☑ HIV Contact Person
☐ HIV Counselor
☐ Dental

☑ Mental Health
☐ MD
  ☐ Sick Call
  ☑ Medication Evaluation
  ☐ Therapeutic Diet
  ☐ Work/Program Limitation
  ☐ Specialty Referrals
  ☐ Chronic Clinics
  ☐ Other _____

☐ General Population
☐ Emergency Referral to _____
☐ Special Housing/Supplies _____
☐ Infirmary Placement
  ☐ Medical     ☐ Mental Health
  ☐ Respiratory Isolation
☐ Other _____

Signature/Title: _____

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

CONFIDENTIAL MEDICAL RECORDS

| INMATE NUMBER 155269 | DATE OF BIRTH 1-24-58 |
|---|---|

INMATE NAME(LAST, FIRST, INITIAL) Moriak

| SEX (M) F | RACE/ETHNIC B (W) H O | FACILITY Bridgeport |

| DATE/TIME | |
|---|---|
| 1/9/02 2⁰ | *(handwritten clinical notes, largely illegible)* |
| 1/24/02 | S/ ① Requesting renewal of Prevacid ... |