UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>CIVIL NO. 3:02CV1662 (RNC)(DFM) |
| V. | : | |
| RICHARD NEUBOULD AND STEVEN STEIN | : | JULY 12, 2004 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

By motion dated June 21, 2004, the plaintiff has moved for summary judgment. Plaintiff's motion fails to comply with the procedure set forth in Rule 56 of the Federal Rules of Civil Procedure. Accordingly, the undersigned defendants are unable to respond in an appropriate manner. Nevertheless, plaintiff's motion should be denied on the following grounds:

A. As detailed in defendants' motion for summary judgment, which has been recently filed, the *defendants* are entitled to judgment as a matter of law on the basis that the plaintiff has failed to state a claim of deliberate indifference against defendant Stein;

B. Should the Court decide that the *defendants* are not entitled to judgment as a matter of law, plaintiff has not met his burden, at this stage, of proving that the defendants acted with deliberate indifference to his medical needs.

        DEFENDANTS
Richard Neubould and Steven Stein

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    /s/
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of July, 2004:

Michael Moriarty, Inmate No. 14634-014
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

/s/
Matthew B. Beizer
Assistant Attorney General

2