## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MICHAEL MORIARTY | PRISONER<br>: CIVIL NO. 3:02CV1662 (RNC)(DFM) |
| V. | : |
| RICHARD NEUBOULD AND STEVEN STEIN | : JULY 12, 2004 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Stein moves for summary judgment on the following grounds:

A. The uncontroverted evidence fails to demonstrate that defendant Stein acted with deliberate indifference to plaintiff's serous medical needs.

B. Defendant Stein is entitled to qualified immunity.

In support thereof, the defendants submit the following:

1. Local Rule 56(c)(1) Statement;

2. Memorandum of Law;

3. Affidavit of Defendant Stein; and

4. Plaintiff's pertinent medical records.

                                                                DEFENDANTS
                                                                Richard Neubould and Steven Stein

                                                                RICHARD BLUMENTHAL
                                                                ATTORNEY GENERAL

BY:    /s/_____
        Matthew B. Beizer
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct16304
        E-Mail: matthew.beizer@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of July, 2004:

Michael Moriarty, Inmate No. 14634-014
Federal Correctional Institution
P.O. Box 1000
Otisville, NY  10963

            /s/
Matthew B. Beizer
Assistant Attorney General