UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MORIARTY | : | PRISONER<br>CIVIL NO. 3:02CV1662 (RNC)(DFM) |
| V. | : | |
| RICHARD NEUBOULD AND STEVEN STEIN | : | JULY 12, 2004 |

## **DEFENDANTS' RULE 56(c)(1) STATEMENT**

1. The plaintiff is a pro se inmate. (Plaintiff's Complaint, May 28, 2002, "the Complaint").

2. Defendant Stein is a physician, who at all times pertinent to this action, was employed at Bridgeport Correctional Center. (Complaint).

3. In January 2002, the plaintiff was incarcerated at Bridgeport Correctional Center. (Complaint).

4. The plaintiff was subsequently transferred to Hartford Correctional Center and on April 10, 2002, was re-admitted to Bridgeport Correctional Center. (Intake Screening, April 10, 2002).

5. In April, 2002, at Bridgeport Correctional Center, all sick call requests were received and processed for response by correctional nursing staff. (Stein Affidavit, para. 8).

6. In April, 2002, at Bridgeport Correctional Center, defendant Stein did not receive or process any sick call requests. Instead, defendant Stein received a daily list from correctional staff advising which inmates he was to see on that date. (Stein Affidavit, para. 8).

7. On April 11, 2002, the plaintiff was placed into the general population at Bridgeport Correctional Center. (Clinical Record, April 11, 2002).

8. Defendant Stein had no interaction with the plaintiff from April 11, 2002 until April 17, 2002. (Stein Affidavit, para. 7).

9. The plaintiff was seen by defendant Stein on April 17, 2002 with regard to his complaints of migraine headaches. (Clinical Record, April 17, 2002).

10. As a result of his examination of April 17, 2002, defendant Stein found that the plaintiff was not in any acute distress. (Clinical Record, April 17, 2002).

11. As a result of his examination of April 17, 2002, defendant Stein prescribed Motrin for the plaintiff and made a request to obtain the plaintiff's medical file from Hartford Correctional Center. (Clinical Record, April 17, 2002).

12. On April 24, 2002, the plaintiff was prescribed Indural, for his migraine complaints. (Medication Administration Record).

DEFENDANTS
Richard Neubould and Steven Stein

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of July, 2004:

Michael Moriarty, Inmate No. 14634-014
Federal Correctional Institution
P.O. Box 1000
Otisville, NY  10963


_____/s/_____
Matthew B. Beizer
Assistant Attorney General