## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | PRISONER |
| MICHAEL MORIARTY | : | CIVIL NO. 3:02CV1662 (RNC)(DFM) |
| V. | : |  |
| RICHARD NEUBOULD AND STEVEN STEIN | : | JULY 12, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Richard Neubould and Steven Stein, have manually filed the following documents:

- Attachments A and B to Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment

These documents have not been filed electronically because

[ X ]   the documents cannot be converted to an electronic format
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                              DEFENDANTS
                              Richard Neubould and Steven Stein

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY:    /s/
        Matthew B. Beizer
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct16304
        E-Mail:  matthew.beizer@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of July, 2004:

Michael Moriarty, Inmate No. 14634-014
Federal Correctional Institution
P.O. Box 1000
Otisville, NY  10963

    /s/
Matthew B. Beizer
Assistant Attorney General