UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 15 P 3:30
U.S. DISTRICT COURT
HARTFORD, CT.

MICHAEL MORIARTY

v.

RICHARD NEUBOULD, et al.

PRISONER
Case No. 3:02cv1662 (RNC) (DFM)

RULING ON MOTION FOR EXTENSION OF TIME

The defendants seek a forty-five day extension of time to file a motion for summary judgment. The Motion [**doc. # 27**] is **GRANTED**.

SO ORDERED in Hartford, Connecticut, this 15th day of October, 2004.

Donna F. Martinez
United States Magistrate Judge