UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 22 P 12:39

U.S. DISTRICT COURT

MICHAEL MORIARTY, :

    Plaintiff, :

V. : PRISONER
: Case No. 3:02-CV-1662(RNC)

RICHARD NEUBOULD, ET AL., :

    Defendants. :

RULING AND ORDER

As a result of a previous ruling and order granting in part a motion to dismiss, see Moriarty v. Neubould, 2004 WL 288807 (D. Conn. Feb. 10, 2004), familiarity with which is assumed, this case has been reduced to plaintiff's claim that between April 10 and 24, 2002, defendant Steven Stein, M.D., was deliberately indifferent to his need for medication for painful migraine headaches.  Dr. Stein has moved for summary judgment.  For the reasons that follow, the motion is granted.

In the prior ruling, the Court declined to dismiss plaintiff's deliberate indifference claim against Dr. Stein with regard to this time period, explaining that plaintiff could have a triable claim if "(1) [he] informed Stein of the serious and recurring nature of his pain; and (2) Stein withheld offering any form of relief without justification, letting plaintiff needlessly suffer for two weeks before seeing him."  See 2004 WL 288807,*2.  In support of his motion for summary judgment, Dr. Stein's submits a Rule 56(c)(1) Statement in which he asserts that (1) at the time in question he did not receive sick call

requests but instead received a daily list of patients informing him of which inmates he was to see that day; (2) he did not see plaintiff until April 17, 2002; (3) he examined plaintiff then, found him to be in no acute distress, prescribed Motrin for him, and requested his medical file from Hartford Correctional Center; and (4) a week later, on April 24, he prescribed Inderol for plaintiff's migraine complaints.  These assertions must be accepted as true because they have not been refuted by a Local Rule 56(c)(2) statement and are supported by admissible evidence.

Plaintiff's memorandum in opposition to the motion for summary judgment raises no triable issue of material fact.  The memorandum contains no allegation that plaintiff's complaints of painful migraines were conveyed to Dr. Stein before April 17; affirmatively states that on April 17, Dr. Stein saw him and ordered Motrin; and does not deny that on April 24, Dr. Stein saw him again and ordered Inderol.

Plaintiff's memorandum makes it clear that he continues to take issue with Dr. Stein's decision to refuse to prescribe Elavil until May 2, 2002.  In the prior ruling, the Court explained that Dr. Stein's decision to use other medications would not support a claim of deliberate indifference.  See 2004 WL 288807,*3.  Nothing in plaintiff's memorandum (or Dr. Stein's papers) casts doubt on that conclusion.

Accordingly, the motion for summary judgment is hereby granted. The Clerk may close the file.

So ordered.

Dated at Hartford, Connecticut this 20th day of February, 2005.

```
            Robert N. Chatigny
          United States District Judge
```