UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MORIARTY
                                                      PRISONER
    v.                                  CIVIL NO. 3:02CV1662 (RNC)

RICHARD NEUBOULD
DR. STEVEN STEIN

J U D G M E N T

       This cause came on for consideration of the defendants' Motion to Dismiss and Motion for Summary Judgment before the Honorable Robert N. Chatigny, United States District Judge.

       The court has considered the motions to dismiss and for summary judgment and all of the related papers. On February 11, 2004, the court filed its Ruling and Order granting in part and denying in part the defendants' motion to dismiss. The court dismissed all claims against defendant Neubould and all claims against defendant Stein except the claim concerning Dr. Stein's treatment of the plaintiff for migraine headaches from April 10, 2002 through April 24, 2002.

       On February 22, 2005, the Court filed its Ruling and Order granting defendant Stein's motion for summary judgment as to the claim that he was deliberately indifferent to the plaintiff's migraine headaches from April 10, 2002 through April 24, 2002, and directing the Clerk to close this case.

       Therefore it is **ORDERED** and **ADJUDGED** that judgment is

entered in favor of the defendants and the case is closed.

      Dated at Bridgeport, Connecticut this 28th day of February, 2005.

                                      KEVIN F. ROWE, Clerk

                                      By   /s/ Cynthia Earle
                                           Cynthia Earle
                                           Deputy Clerk

Entry on Docket _____